# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re  *Master Tool & Machine, Inc.*  
    *a Corporation*

Case No.  
Chapter *11*

,  
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Internal Revenue Service*<br><br>*Holtsville NY 11742-0480* | Phone:<br>*Omni Financial*<br>*380 Interlocken Crescent*<br>*Suite 800*<br>*Broomfield CO  80021* | *Payroll taxes* | U | *$ 110,000.00* |
| 2<br>*Helicopter Realty, LLC*<br>*13 Grace Avenue*<br>*Plainville CT 06062* | Phone:<br>*Helicopter Realty, LLC*<br>*13 Grace Avenue*<br>*Plainville CT 06062* | *Rent in Arrears* | | *$ 65,735.47* |
| 3<br>*Melnick Metal Works, Inc.*<br>*153 Church Street*<br>*  06010* | Phone:<br>*Melnick Metal Works, Inc.*<br>*153 Church Street*<br>*  06010* | *Professional Services* | | *$ 25,305.00* |
| 4<br>*Town Collector Town of Plainville*<br>*1 Central Square*<br>*  06062* | Phone:<br>*Town Collector Town of Plainville*<br>*1 Central Square*<br>*  06062* | *Personal Property Tax* | | *$ 20,997.66* |
| 5<br>*State of CT Dept. of Labor*<br>*P. O. Box 2940*<br>*Hartford CT  06104-2940* | Phone:<br>*State of CT Dept. of Labor*<br>*Employment Security Division*<br>*P. O. Box 2940*<br>*Hartford CT  06104-2940* | *Unemployment* | | *$ 17,200.98* |

,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Wintherup Receivables Control Corp.<br>PO Box 9658<br>Minneapolis MN 55440 | Phone:<br>Wintherup Receivables Control Corp.<br>PO Box 9658<br>Minneapolis MN 55440 | Supplies | | $ 11,336.52 |
| 7<br>PBM Helicpotors, LLC<br>261 Camp Street<br>  06062 | Phone:<br>PBM Helicpotors, LLC<br>261 Camp Street<br>  06062 | Supplies | | $ 10,025.00 |
| 8<br>One Beacon Insurance<br>PO Box 4002<br>Woburn MA 01888-4002 | Phone:<br>One Beacon Insurance<br>PO Box 4002<br>Woburn MA 01888-4002 | Insurance Premium | | $ 8,321.42 |
| 9<br>UPS<br>PO Box 7247-0244<br>Philadelphia PA 19019 | Phone:<br>UPS<br>PO Box 7247-0244<br>Philadelphia PA 19019 | Shipping charges | | $ 8,099.64 |
| 10<br>Anthem BCBS<br>370 Bassett Road<br>  06062 | Phone:<br>Anthem BCBS<br>370 Bassett Road<br>  06062 | Insurance Premium | | $ 5,307.40 |
| 11<br>Menard Manufacturing<br>162 Misty Meadow Circle<br>CLAREdon VT 05777 | Phone:<br>Menard Manufacturing<br>162 Misty Meadow Circle<br>CLAREdon VT 05777 | Supplies | | $ 4,761.75 |
| 12<br>Westport Corporation<br>510 Montaulk Highway<br>West Islip NY 11795-4423 | Phone:<br>Westport Corporation<br>510 Montaulk Highway<br>West Islip NY 11795-4423 | Professional Services | | $ 4,439.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>M & A Turning<br><br>Suite 3A<br>   06062 | Phone:<br>M & A Turning<br>15 Hultenius Street<br>Suite 3A<br>   06062 | Professional Services | | $ 3,997.00 |
| 14<br>New Britain Heat Treating Corp.<br>216 Whiting Street<br>   06051 | Phone:<br>New Britain Heat Treating Corp.<br>216 Whiting Street<br>   06051 | Professional Services | | $ 2,859.00 |
| 15<br>First Insurance Funding<br>2000 Cannon Road<br>Bedford OH 44146 | Phone:<br>First Insurance Funding<br>2000 Cannon Road<br>Bedford OH 44146 | Insurance Premium | | $ 2,856.04 |
| 16<br>Able Transmission<br>130 Enterprise Drive<br>Bristol CT 06010 | Phone:<br>Able Transmission<br>130 Enterprise Drive<br>Bristol CT 06010 | Professional Services | | $ 2,175.40 |
| 17<br>Keane & Company<br><br>Suite 1-03<br>Lynnfield MA   01940 | Phone:<br>Keane & Company<br>40 Salem Street<br>Suite 1-03<br>Lynnfield MA   01940 | Professional Services | | $ 2,125.00 |
| 18<br>Roberge Plumbing<br>433 East Street<br>   06062 | Phone:<br>Roberge Plumbing<br>433 East Street<br>   06062 | Professional Services | | $ 2,120.00 |
| 19<br>Faxon Engineering<br>17 Britton Drive<br>Bloomfield CT 06002 | Phone:<br>Faxon Engineering<br>17 Britton Drive<br>Bloomfield CT 06002 | Professional Services | | $ 1,783.08 |
| 20<br>CLevand Electric Lab<br>1775 Entrprise Parkway<br>Rock Creek OH 440847 | Phone:<br>CLevand Electric Lab<br>1775 Entrprise Parkway<br>Rock Creek OH 440847 | Supplies | | $ 1,561.21 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Robert W. Mastrianni*, *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *4/16/2014*    Signature */s/ Robert W. Mastrianni*
Name: *Robert W. Mastrianni*
Title: *President*